■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL BRITTON, Appellant.—

Present—Dillon, P. J., Denman, Green, Lawton and Davis, JJ.